IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| JASON BENTLY | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:09CV1730 |
| | ) | |
| MARCUS CHAVES PEARSON | ) | |
| | ) | |
| Defendant | ) | |

<u>NOTICE OF SETTLEMENT</u>

The parties jointly file this Notice of Settlement as they have resolved this matter.   The

parties will shortly be submitting a consent order that dismisses the case with prejudice.


_____/s/_____

Thomas A. Hill
Virginia State Bar No. 72388
Cyron & Miller LLP
100 N. Pitt Street – Suite 200
Alexandria, VA 22314
(703) 299-0600
(703) 299-0603 – Fax
e-mail: thill@cyronmiller.com
*Counsel for Plaintiff*


_____/s/_____

D. Cameron Beck, Jr.
Virginia State Bar No. 39195
Morris & Morris, P.C.
700 East Main Street, Suite 110
P.O. Box 30

Richmond, VA  23218-0030
(804) 344-6322
(804) 344-8359 – Fax
e-mail: cbeck@morrismorris.com
*Counsel for Defendant*

**<u>CERTIFICATE</u>**

I hereby certify that on the 11th day of November, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

Wayne F. Cyron
Thomas A. Hill
Cyron & Miller LLP
100 N. Pitt Street – Suite 200
Alexandria, VA  22314

By: _____/s/_____

D. Cameron Beck, Jr.
Virginia State Bar No. 39195
Morris and Morris, P.C.
700 East Main Street, Suite 1100
P.O. Box 30
Richmond, VA  23218
(804) 344-8300 Telephone
(804) 344-8359 Facsimile
email: cbeck@morrismorris.com